IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARIO RICHARD BROWN-ROHAN, )<br>)<br>Defendant. ) | CRIMINAL NO. 17-30049-DRH |

**STIPULATION OF FACTS**

Comes now, Donald Boyce, United States Attorney for the Southern District of Illinois, and Norman R. Smith, Assistant United States Attorney, together with the Defendant, Mario Richard Brown-Rohan, represented by his attorney, John D. Stobbs,II and hereby enter into the following Stipulation of Facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the defendant's relevant conduct.

**Count One**

1. Beginning no later than April 13, 2016, and continuing through May 3, 2016, Mario Richard Brown-Rohan agreed with and acted with Xchion Shaquille Morren to develop a scheme to assume the identity of others without permission by obtaining personal banking information of one or more persons, without permission, by using others' personal banking and identification information. In furtherance of this scheme, on April 13, 2016, one MSR X6, a USB-powered magnetic credit and debit reader, writer, and encoder was deposited by Amazon.com into the mails for delivery by a private or commercial interstate carrier to the purchaser, Mario Richard Brown-Rohan.

1

2. Using the encoder, Mario Richard Brown-Rohan and Xchion Shaquille Morren re-coded the magnetic strip to reflect credit account and debit account information unlawfully and without the account holder's consent. At the time of his arrest, Mario Richard Brown-Rohan and Xchion Shaquille Morren possessed no less than 95 credit/debit cards.

3. From approximately April 23, 2016, through May 3, 2016, in St. Clair County, Illinois, and other counties within and outside of the Southern District of Illinois, Mario Richard Brown-Rohan and Xchion Shaquille Morren used the one MSR X6, a USB-powered magnetic credit and debit reader, writer, and encoder to encode credit or debit cards with banking or credit card information belonging to J.H., E.E., B.P., J.N., N.W., D.B., J.J., D.L, C.D., B.P., J.S., L.W., C.G., R.B., L.K., H.C., and A.D.

4. Mario Richard Brown-Rohan and Xchion Shaquille Morren used debit or credit cards identified, facially, with their own name and banking information. However, the magnetic strip was re-encoded to reflect the banking information of one of the victims. Using the altered credit or debit card, Mario Richard Brown-Rohan and Xchion Shaquille Morren caused interstate wire communications to occur.

5. On or about May 2, 2016, Mario Richard Brown-Rohan and Xchion Shaquille Morren purchased items at Chipotle located in Fairview Heights, St. Clair County Illinois within the Southern District of Illinois. The $402. 87 used to pay for the goods came from an account belonging to J.N. On or about May 2, 2016, Mario Richard Brown Rohan purchased items at HomeGoods retail store located in Fairview Heights, St. Clair County Illinois within the Southern District of Illinois. A video tape of the sale shows Mario Richard Brown-Rohan at the cash register. The $138.77 used to pay for the goods came from an account belonging to J.N. This purchase occurred within an hour of the purchase from Chipotle.

**Count Two**

6. On or about May 2, 2016, in Fairview Heights, St. Clair County Illinois within the Southern District of Illinois, Mario Richard Brown Rohan and Xchion Shaquille Morren presented credit cards and debit cards using banking information encoded onto the magnetic strip belonging to J.N., intending to defraud, and with the object of obtaining money and property by representing that the credit/debit cards belonged to Mario Richard Brown Rohan and Xchion Shaquille Morren. Brown Rohan and Xchion Shaquille Morren presented a credit/debit card for payment of goods at HomeGoods retail totaling $138.77 causing an interstate wire communication to occur. The person paying for the goods, J.N., did not provide Brown Rohan permission to use J.N.'s personal identification or funds.

**Count Three**

7. On or about May 2, 2016, in St. Clair County within the Southern District of Illinois, Mario Richard Brown Rohan and Xchion Shaquille Morren did knowingly possess and use means of identification information belonging to J.N. knowing that they did not have lawful authority to use J.N.'s banking information to purchase goods at HomeGood retail store.

**SO STIPULATED**

_____
MARIO RICHARD BROWN ROHAN
Defendant

_____
JOHN D. STOBBS II
Counsel for the Defendant

_____
NORMAN R. SMITH
Assistant United States Attorney